# EXHIBIT 3

tcf inventory finance

January 3, 2019

**Via Overnight Mail**

Lowell Thomas Warner
Member and Manager
Gulf Management, LLC
7289 US Highway 11
Potsdam, New York 13676

Re: Notice of Default

Dear Lowell Thomas Warner:

Reference is made to that certain loan and security agreement dated May 7, 2018 (as amended from time to time, the "**Agreement**") by and between TCF Inventory Finance, Inc. ("**Lender**") and Gulf Management, LLC ("**Dealer**"). Capitalized terms used herein shall have the same meanings as in the Agreement unless otherwise defined herein.

You are hereby notified that Dealer is in Default under the Agreement by its failure to pay the following when due:

| | | |
|---|---|---|
| **$17,582.00** | Principal payments due including | |
| | $17,582.00 | Sold and unpaid items. |
| | $0.00 | Due in Full items. |
| | $0.00 | Scheduled payments due as of |
| | $0.00 | Curtailment payments due as of |
| **$0.00** | Interest, late fees or other charges as of the billing statement dated | |
| **$17,582.00** | **TOTAL AMOUNT PAST DUE** | |

Please pay the Total Amount Past Due by **January 8, 2018**. If this past due indebtedness is not paid in full by such date, Lender reserves the right to declare the total outstanding Indebtedness of Dealer immediately due and payable and to terminate the Agreement. Your account will remain on hold until further notice.

Lender hereby reserves all other rights and remedies available to it under the Agreement, any guarantee and applicable law including without limitation, the right to recover attorneys' fees, costs and expenses. By copy of this Notice, each guarantor is hereby notified of the matters herein and any demand made upon Dealer is also made upon each guarantor.

If you have any questions regarding the above, please contact the undersigned at (847) 330-5429.

Sincerely,

TCF Inventory Finance, Inc.

By: [signature]
Name & Title: Lauren Wendt, Account Analyst

cc: **Via Overnight Mail**

| Guarantor Name | Street | City | State/Province | Zip / Postal Code |
|---|---|---|---|---|
| Lowell Thomas Warner | 245 Vice Road | Brasher Falls | New York | 13613 |

Notice of Default H071916IF

FedEx®

774109774296

# Delivered
# Friday 1/04/2019 at 11:09 am

**DELIVERED**

Signed for by: S.POLNAK

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Schaumburg, IL US | POTSDAM, NY US |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>774109774296 | **SERVICE**<br>FedEx Priority Overnight | **WEIGHT**<br>0.5 lbs / 0.23 kgs |
| **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs |
| **TERMS**<br>Shipper | **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday |
| **STANDARD TRANSIT**<br>1/04/2019 by 4:30 pm | **SHIP DATE**<br>Thu 1/03/2019 | **ACTUAL DELIVERY**<br>Fri 1/04/2019 11:09 am |

## Travel History

Local Scan Time

Friday , 1/04/2019

| | | |
|---|---|---|
| 11:09 am | POTSDAM, NY | Delivered |
| 9:10 am | WATERTOWN, NY | On FedEx vehicle for delivery |
| 8:31 am | WATERTOWN, NY | At local FedEx facility |
| 6:37 am | SYRACUSE, NY | At destination sort facility |
| 3:51 am | MEMPHIS, TN | Departed FedEx location |

Thursday , 1/03/2019

FedEx®

774109762877

# Delivered
## Friday 1/04/2019 at 3:52 pm

**DELIVERED**

Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

**FROM**
Schaumburg, IL US

**TO**
BRASHER FALLS, NY US

## Shipment Facts

**TRACKING NUMBER**
774109762877

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERED TO**
Residence

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**STANDARD TRANSIT**
?
1/04/2019 by 4:30 pm

**SHIP DATE**
?
Thu 1/03/2019

**ACTUAL DELIVERY**
Fri 1/04/2019 3:52 pm

## Travel History

Local Scan Time

Friday , 1/04/2019

| | | |
|---|---|---|
| 3:52 pm | BRASHER FALLS, NY | Delivered<br>Left at front door. Package delivered to recipient address - release authorized |
| 9:27 am | WATERTOWN, NY | On FedEx vehicle for delivery |
| 8:31 am | WATERTOWN, NY | At local FedEx facility |
| 6:37 am | SYRACUSE, NY | At destination sort facility |
| 3:51 am | MEMPHIS, TN | Departed FedEx location |