# EXHIBIT 4

tcf inventory finance

January 8, 2019

**Via Overnight Mail**

Lowell Thomas Warner
Member and Manager
Gulf Management, LLC
7289 US Highway 11
Potsdam, New York 13676

Re: Notice of Acceleration of Indebtedness

Dear Lowell Thomas Warner:

Reference is made to that certain loan and security agreement dated May 7, 2018 (as amended from time to time, the "**Agreement**") by and between TCF Inventory Finance, Inc. ("**Lender**") and Gulf Management, LLC ("**Dealer**"). Capitalized terms used herein shall have the same meanings as in the Agreement unless otherwise defined herein.

You are hereby notified that Dealer remains in Default under the Agreement by its failure to cure the past due amount(s) of **$17,582.00** described in the Notice of Default sent to Dealer dated January 3, 2019. Therefore, Lender hereby declares all Indebtedness immediately due and payable and demands immediate payment in full of Dealer's entire outstanding Indebtedness under the Agreement, which consists of the following:

| | |
|---|---|
| $555,562.00 | Principal owed |
| $3,999.49 | Interest, late fees or other charges as of the billing statement dated December 31, 2018 |
| **$559,561.49** | **TOTAL AMOUNT DUE** |

The Total Amount Due is as of the date hereof or as otherwise specified and is subject to additional Charges, Fees and Terms under the Agreement. Lender will not issue any further Approvals on behalf of Dealer. Pursuant to the Agreement, Lender requests that Dealer cease selling or otherwise disposing of the Collateral and assemble the Collateral for Lender. Attached is a Voluntary Surrender for your review. If you wish to sign the Voluntary Surrender, please do so and we will make the necessary arrangements to pick up the Collateral.

Lender hereby reserves all other rights and remedies available to it under the Agreement, any guarantee and applicable law including without limitation, the right to recover attorneys' fees, costs and expenses. By copy of this Notice, each guarantor is hereby notified of the matters herein and any demand made upon Dealer is also made upon each guarantor.

If you have any questions regarding the above, please contact the undersigned at (847) 330-5429.

Sincerely,

TCF Inventory Finance, Inc.

By: [signature]
Name & Title: Lauren Wendt, Account Analyst

cc: **Via Overnight Mail**

| Guarantor Name | Street | City | State/Province | Zip / Postal Code |
|---|---|---|---|---|
| Lowell Thomas Warner | 245 Vice Road | Brasher Falls | New York | 13613 |

Notice of Acceleration (Gulf Management 1.8.19)

tcf inventory finance

## Voluntary Surrender

The undersigned ("Dealer") hereby acknowledges to TCF Inventory Finance, Inc. ("**Lender**") that it is in default under the loan and security agreement and related documents executed by Dealer with or in favor of Lender ("**Loan Documents**"). Lender hereby accelerates the amounts due under the Loan Documents, and all such liabilities and indebtedness are now due and payable in full. Dealer hereby releases and surrenders possession of collateral granted as security by Dealer to Lender, including all inventory described in the attached Schedule. Dealer acknowledges that it shall continue to be bound by the terms and conditions of the Loan Documents and shall be liable to Lender for any deficiency remaining after disposition of the collateral.

Facsimile and electronically scanned signatures of this Voluntary Surrender shall have the same force and effect as original signatures. This Voluntary Surrender shall also be for the benefit of successors and assigns of Lender.

Executed on this ______ day of ____________, 20___.

DEALER: Gulf Management, LLC

By: ___________________________________
Print Name: Lowell Thomas Warner
Print Title: Member and Manager

Address:
7289 US Highway 11
Potsdam, New York 13676

Voluntary Surrender (Gulf Management 1.8.19)

**Schedule to Voluntary Surrender**

| Make | Model Number | Serial Number |
|---|---|---|
| ASPEN | AT2710BH19 | 4YDT27128K8921013 |
| ASPEN | AT1700BH19 | 4YDT17011KH920930 |
| KODIAK | KD291RESL19 | 4YDT29129KJ970757 |
| KODIAK | KD290RLSL19 | 4YDT2902XKJ970543 |
| ASPEN | AT1800RB19 | 4YDT18015KH920810 |
| KODIAK | KD255BHSL19 | 4YDT2552XKJ970530 |
| AEROLITE | AE2843BH19 | 4YDT28427KP910219 |
| AEROLITE | AE2573BH19 | 4YDT25728KP910210 |
| AEROLITE | AE3153ML19 | 4YDT31527KP910188 |
| ASPEN | AT3010BHDS19 | 4YDT3012XK8920465 |
| KODIAK | KD243BHSL19 | 4YDT24323KJ970401 |
| KODIAK | KD283BHSL19 | 4YDT28329KJ970359 |
| KODIAK | KD175BH19 | 4YDT17518KJ970435 |
| AEROLITE | AE3273MBF19 | 4YDF32722KP910230 |
| AEROLITE | AE2513RLF19 | 4YDF25126KP910194 |
| KODIAK | KD176RD19 | 4YDT17610KJ970136 |
| ASPEN | AT2810BHS19 | 4YDT28123K8920440 |
| AEROLITE | AE2953RLF19 | 4YDF2952XKP910264 |
| KODIAK | KD285BHSL19 | 4YDT28528KJ970320 |
| ASPEN | AT2480RBS19 | 4YDT24828K8920478 |
| AEROLITE | AE2923BH19 | 4YDT2922XKP910269 |
| AEROLITE | AE3123BHF19 | 4YDF31227KP910287 |
| AEROLITE | AE2933RL19 | 4YDT2932XKP910304 |
| KODIAK | KD331BHSL19 | 4YDT33124KJ970417 |
| JAYCO | 25RKS | 1UJBJ0BN1D18W0066 |

FedEx®

774144644719

# Delivered
# Wednesday 1/09/2019 at 2:58 pm

**DELIVERED**

Signed for by: P.OTTO

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Schaumburg, IL US | POTSDAM, NY US |

## Shipment Facts

**TRACKING NUMBER**
774144644719

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
1/09/2019 by 4:30 pm

**SHIP DATE**
Tue 1/08/2019

**ACTUAL DELIVERY**
Wed 1/09/2019 2:58 pm

## Travel History

Local Scan Time

| Wednesday , 1/09/2019 | | |
|---|---|---|
| 2:58 pm | POTSDAM, NY | Delivered |
| 9:24 am | WATERTOWN, NY | On FedEx vehicle for delivery |
| 8:50 am | WATERTOWN, NY | At local FedEx facility |
| 6:25 am | SYRACUSE, NY | At destination sort facility |
| 3:19 am | MEMPHIS, TN | Departed FedEx location |
| 12:32 am | MEMPHIS, TN | Arrived at FedEx location |

774144679404

# Delivered
# Wednesday 1/09/2019 at 3:20 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Schaumburg, IL US | BRASHER FALLS, NY US |

## Shipment Facts

**TRACKING NUMBER**
774144679404

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERED TO**
Residence

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**STANDARD TRANSIT**
?
1/09/2019 by 4:30 pm

**SHIP DATE**
?
Tue 1/08/2019

**ACTUAL DELIVERY**
Wed 1/09/2019 3:20 pm

## Travel History

Local Scan Time

Wednesday , 1/09/2019

| | | |
|---|---|---|
| 3:20 pm | BRASHER FALLS, NY | Delivered<br>Package delivered to recipient address - release authorized |
| 9:04 am | WATERTOWN, NY | On FedEx vehicle for delivery |
| 8:50 am | WATERTOWN, NY | At local FedEx facility |
| 6:25 am | SYRACUSE, NY | At destination sort facility |
| 3:19 am | MEMPHIS, TN | Departed FedEx location |