# EXHIBIT 5

tcf inventory finance

## Voluntary Surrender

The undersigned ("Dealer") hereby releases and surrenders possession of collateral granted as security by Dealer to TCF Inventory Finance, Inc. ("Lender"), including all inventory described in the attached Schedule. Dealer acknowledges that it shall continue to be bound by the terms and conditions of the loan and security agreement and related documents executed by Dealer with or in favor of Lender ("**Loan Documents**") and shall be liable to Lender for any deficiency remaining after disposition of the collateral.

Facsimile and electronically scanned signatures of this Voluntary Surrender shall have the same force and effect as original signatures. This Voluntary Surrender shall also be for the benefit of successors and assigns of Lender.

Executed on this 23 day of August, 2019.

DEALER: Gulf Management, LLC

By: ______________________

Print Name: Lowell Thomas Warner
Print Title: Member and Manager

Address:
7289 US Highway 11
Potsdam, New York 13676

Voluntary Surrender (Gulf Management 8.22.19)

**Schedule to Voluntary Surrender**

| Make | Model Number | Serial No. |
|---|---|---|
| KODIAK | KD291RESL19 | 4YDT29129KJ970757 |
| KODIAK | KD290RLSL19 | 4YDT2902XKJ970543 |
| AEROLITE | AE2843BH19 | 4YDT28427KP910219 |
| AEROLITE | AE2573BH19 | 4YDT25728KP910210 |
| ASPEN | AT1700BH19 | 4YDT17011KH920930 |
| KODIAK | KD331BHSL19 | 4YDT33124KJ970417 |
| AEROLITE | AE2933RL19 | 4YDT2932XKP910304 |
| AEROLITE | AE2923BH19 | 4YDT2922XKP910269 |
| AEROLITE | AE2953RLF19 | 4YDF2952XKP910264 |
| KODIAK | KD176RD19 | 4YDT17610KJ970136 |
| AEROLITE | AE2513RLF19 | 4YDF25126KP910194 |
| AEROLITE | AE3273MBF19 | 4YDF32722KP910230 |
| KODIAK | KD283BHSL19 | 4YDT28329KJ970359 |
| ASPEN | AT2480RBS19 | 4YDT24828K8920478 |
| AEROLITE | AE3153ML19 | 4YDT31527KP910188 |
| AEROLITE | AE3123BHF19 | 4YDF31227KP910287 |
| JAYCO | 25RKS | 1UJBJ0BN1D18W0066 |