**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TCF INVENTORY FINANCE, INC.**<br>**a Minnesota corporation**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GULF MANAGEMENT, LLC**<br>**a New York limited liability company,**<br><br>**and**<br><br>**LOWELL THOMAS WARNER**<br>**an Individual,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 1-20-cv-2862** |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW the undersigned and in compliance with the Court's corporate disclosure requirement, states that to the best of his knowledge that Plaintiff TCF Inventory Finance, Inc. is wholly owned by TCF National Bank, and TCF National Bank is wholly owned by TCF Financial Corporation, a publicly traded company.

Dated: May 12, 2020 Respectfully submitted,

By: /s/ William R. Bay
William R. Bay (6181670)
wbay@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
Fax: (314) 552-7000

Holly H. Campbell (6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
Fax: (312) 580-2201

*Attorneys for Plaintiff TCF Inventory Finance, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and correct copy of the foregoing has been filed with the Court's electronic filing system, and will be served, with the summons and complaint, on the following:

Gulf Management, LLC
c/o Lowell Warner, Member and Manager
7289 US Highway 11
Potsdam, NY 13676

Lowell Thomas Werner
245 Vice Road
Brasher Falls, NY 13613

/s/ William R. Bay