# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: TCF Inventory Finance, Inc. v. Gulf Management, LLC and Lowell Thomas Warner

Case Number: 1:20-cv-2862

An appearance is hereby filed by the undersigned as attorney for:
TCF INVENTORY FINANCE, INC.

Attorney name (type or print): William R. Bay

Firm: Thompson Coburn LLP

Street address: One US Bank Plaza, Suite 3500

City/State/Zip: St. Louis, MO 63101

Bar ID Number: 6181670
(See item 3 in instructions)

Telephone Number: 314-552-6008

Email Address: wbay@thompsoncoburn.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 12, 2020

Attorney signature: S/ William R. Bay
(Use electronic signature if the appearance form is filed electronically.)