**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: TCF INVENTORY FINANCE, INC. a Minnesota corporation v. GULF MANAGEMENT, LLC a New York limited liability company, and LOWELL THOMAS WARNER an Individual

Case Number: 1:20-cv-2862

An appearance is hereby filed by the undersigned as attorney for:

TCF Inventory Finance, Inc.

Attorney name (type or print): Holly H. Campbell

Firm: Thompson Coburn LLP

Street address: 55 East Monroe Street, 37th Floor

City/State/Zip: Chicago IL 60603

Bar ID Number: 6320395
(See item 3 in instructions)

Telephone Number: 312-580-5050

Email Address: hcampbell@thompsoncoburn.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 12, 2020

Attorney signature: S/ Holly H. Campbell
(Use electronic signature if the appearance form is filed electronically.)