20-751

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**TCF INVENTORY FINANCE, INC.** )
*Plaintiff(s)* )
vs ) **CASE# 1:20-cv-02862**
**GULF MANAGEMENT, LLC and LOWELL** )
**THOMAS WARNER** )
*Defendant(s)* )

**Affidavit of Special Process Server**

Received by McDowell and Associates on 5/14/2020 to be served on:

**Lowell Thomas Warner**
**245 Vice Road**
**Brasher Falls, NY 13613**

I, Michael MacCue being duly sworn, depose and say that on 6/8/2020 at 2:00 ~~am~~/pm, executed service by delivering a true copy of the Summons, Complaint, Entry of Appearances, Third Amended General Order, Notice of Mandatory Initial Discovery and Corporate Disclosure Statement in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) CORPORATE SERVICE: By serving ______________________ as ______________________.

( ) SUBSTITUTE SERVICE: By serving ______________________ as ______________________.

( ) OTHER SERVICE: As described in the **Comments** below by serving ______________________ as ______________________.

( ) NON-SERVICE: For the reason detailed in the **Comments** below:

**COMMENTS:**

______________________

______________________

______________________

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Michael MacCue
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on this 8th day of June, 2020 by the affiant who is personally known to me.

**NOTARY PUBLIC**

**THERESA MACCUE**
Notary Public, State of New York
No. 01MA6233392
Qualified in St. Lawrence County
My Commission Expires December 27, 2022

McDowell & Associates
1031 Lami St.
St. Louis, MO 63104
(314) 621-9300

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TCF Inventory Finance, Inc.

CASE NUMBER: 1:20-cv-02862

V.

ASSIGNED JUDGE: Honorable Gary Feinerman

Gulf Management, LLC and Lowell Thomas Warner

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey Cole

TO: (Name and address of Defendant)

Lowell Thomas Warner
245 Vice Road
Brasher Falls, NY 13613

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Bay
Thompson Coburn, LLP
One U.S. Bank Plaza, Suite 2100
Saint Louis, MO 63101

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

May 14, 2020
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

____________________

____________________

☐ Other (specify): ____________________

____________________

____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.