**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TCF INVENTORY FINANCE, INC.**<br>**a Minnesota corporation**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GULF MANAGEMENT, LLC**<br>**a New York limited liability company,**<br><br>**and**<br><br>**LOWELL THOMAS WARNER**<br>**an Individual,**<br><br>**Defendants.** | ) | **No. 1-20-cv-2862** |

**PLAINTIFF'S MOTION FOR ENTRY OF**
**ORDER OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff TCF Inventory Finance, Inc. ("TCFIF") and pursuant to Fed. R. Civ. Pro. 55(a) and (b), moves for an entry of an order of default and default judgment in the amount of $180,758.39, representing the principal balance due for inventory financed by TCFIF of $141,996.00 and interest in the amount of $38,762.39 as of June 30, 2020, plus attorneys' fees and costs which continue to accrue, against Defendants Gulf Management, LLC ("Gulf Management") and Lowell Thomas Werner ("Werner" and collectively, "Defendants"), jointly and severally. In support thereof, TCFIF states as follows:

1. TCFIF filed its Complaint in this matter on May 12, 2020. (ECF Dkt. No. 1).

2. Gulf Management was served with a summons and the Complaint on June 8, 2020. (ECF Dkt. No. 10).

a. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Gulf Management was obligated to file an Answer or responsive pleading within twenty-one (21) days after service of the summons and Complaint.

b. The time for Gulf Management to file an Answer or other responsive pleading to the Complaint has expired.

c. To date, Gulf Management has not filed an Answer or other responsive pleading to TCFIF's Complaint. (*See* ECF Dkt. No. 12).

3. Lowell Thomas Warner was served with a summons and the Complaint on June 8, 2020. (ECF Dkt. No. 9).

a. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Warner was obligated to file an Answer or responsive pleading within twenty-one (21) days after service of the summons and Complaint.

b. The time for Warner to file an Answer or other responsive pleading to the Complaint has expired.

c. To date, Warner has not filed an Answer or other responsive pleading to TCFIF's Complaint. (*See* ECF Dkt. No. 12).

4. Gulf Management is a business entity and, therefore, is not in the military service. Upon information and belief, Warner is not in the military service. (**Exhibit A**).

5. Under Fed. R. Civ. P. 55, default judgment is appropriate because Defendants have failed to plead or otherwise defend. "Rule 55(b) permits the Court to enter default judgment against any party, with notice of the pending application for judgment, who fails to appear and respond to the allegations of the complaint." *In re Uranium Antitrust Litig.*, 617 F.2d 1248, 1258 (7th Cir. 1980).

6. On July 1, 2020, the Court observed both Defendants had been served and had not answered within the required twenty-one days. (ECF Dkt. No. 12). The Court requested TCFIF file a status report by July 7, 2020, addressing how it intends to prosecute this case, meaning what steps it intends to take and when. *Id*. TCFIF responds in part with the filing of this motion.

7. Therefore, TCFIF now seeks entry of default judgment in the amount of $180,758.39, representing the principal balance due for inventory financed by TCFIF of $141,996.00 and interest in the amount of $38,762.39 as of June 30, 2020 plus an award of attorneys' fees and costs, entered against Defendants, jointly and severally.

8. This amount due to TCFIF is established by the Complaint, the Exhibits thereto, and the Declaration of Brian Edge, Workout Manager at TCFIF, which is attached hereto as **Exhibit B**.

WHEREFORE, TCF Inventory Finance, Inc. respectfully requests that this Court enter an order of default judgment against Defendants Gulf Management, LLC and Lowell Thomas Warner, jointly and severally, in the amount of $180,758.39 as of June 30, 2020 with costs to be taxed against Defendants, jointly and severally, and for such other and further relief as the Court deems just and proper.

Dated: July 6, 2020

Respectfully submitted,

By: /s/ *William R. Bay*

William R. Bay (#6181670)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (Fax)
wbay@thompsoncoburn.com

Holly H. Campbell (#6320395)

Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
(312) 580-2201 (Fax)
hcampbell@thompsoncoburn.com

***Attorneys for Plaintiff TCF Inventory Finance, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Court's electronic filing system this 6th day of July, 2020, and copies of the same will be sent via first class U.S. mail, postage prepaid, on the 7th day of July, 2020, to the following:

Gulf Management, LLC
c/o Lowell Warner, Member and Manager
7289 US Highway 11
Potsdam, NY 13676

Lowell Thomas Werner
245 Vice Road
Brasher Falls, NY 13613

/s/ William R. Bay