# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TCF INVENTORY FINANCE, INC.**<br>**a Minnesota corporation**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GULF MANAGEMENT, LLC**<br>**a New York limited liability company,**<br><br>**and**<br><br>**LOWELL THOMAS WARNER**<br>**an Individual,**<br><br>**Defendants.** | ) | **No. 1-20-cv-2862** |

**DECLARATION OF WILLIAM R. BAY**

COMES NOW William R. Bay, and states as follows:

1. My name is William R. Bay. I am over twenty-one years of age. I am a natural person competent to make this Affidavit. I am an attorney at Thompson Coburn LLP ("Thompson Coburn") in St. Louis, Missouri. The facts stated herein are based upon my personal knowledge. If called upon to do so, I am competent to testify to these facts in open court.

2. Thompson Coburn represents TCF Inventory Finance, Inc. ("TCFIF") in connection with litigation regarding dealers financed by TCFIF. I am one of the attorneys responsible for performing these legal services.

3. In connection with this matter, Thompson Coburn agreed to render legal services to TCFIF and TCFIF agreed to pay for those services. In addition, Thompson Coburn agreed to bill TCFIF for costs advanced and expenses incurred on behalf of TCFIF in this matter, and TCFIF agreed to pay those charges.

4. In total, Thompson Coburn has performed 9.3 hours of work for TCFIF on the above-captioned matter through July 6, 2020. That time consists of work done by attorneys William R. Bay, Holly H. Campbell, and Ryan M. Prisock, and paralegal Patricia L. Sachtleben. This 9.3 hours of work consisted of reviewing client documents, drafting the complaint, serving Defendants, and preparing the motion for default judgment, among other work. *See* **Exhibit 1**.

a. I am a Partner in Thompson Coburn's St. Louis office. I am a member in good standing of the State Bars of Illinois and Missouri. My hourly rate on this matter was $385.00.

b. Ms. Campbell is an Associate in Thompson Coburn's Chicago office. She is a member in good standing of the State Bars of Illinois and Indiana. Her hourly rate on this matter was $290.00.

c. Mr. Prisock is an Associate in Thompson Coburn's St. Louis office. He is a member in good standing of the State Bars of Illinois and Missouri. His hourly rate on this matter was $290.00

d. Ms. Sachtleben is a Paralegal in Thompson Coburn's St. Louis office, and she has held this position for more than ten years. Ms. Sachtleben's hourly rate on this matter was $165.00.

5. Thompson Coburn and TCFIF have agreed to the rates set out above.

6. The hourly billable rates charged to TCFIF are at or below the standard hourly rate charged for attorneys and paralegals of like training and experience for litigation matters in the relevant market and in other large cities in the United States.

7. The work performed for TCFIF was reasonable and necessary to the litigation of this action and was "in connection with establishing, perfecting, maintaining perfection of,

protecting and enforcing its security interest in the Collateral and collecting Indebtedness … ." ECF Dkt. No. 1-1 at ¶ 20(c).

8. In total, TCFIF has been billed, or will be billed, for $2872.50 for fees and $589.40 for costs for a total of $3,461.90.

9. Accordingly TCFIF is presently seeking an award for attorneys' fees and costs in the total amount of $3,461.90.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[signature]
William R. Bay

Executed on: 7/6/20

# EXHIBIT 1

**Fees Billed Report for Client 50753.182402: TCF Inventory Finance, Inc. - Gulf Management LLC**
**for periods 196601 to 202008 including WIP**

| Invoice # | Invoice Date | Trans Date | Employee | Description | TaskCode | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 3424225 | 05/21/20 | 04/16/20 | Bay, William R. | Review documents for filing | B20.02 | 0.20 | 77.00 |
| | | 04/17/20 | Bay, William R. | Review history and work on issues re complaint | B70.01 | 0.30 | 115.50 |
| | | 04/22/20 | Bay, William R. | Work on pleadings | B20.02 | 0.30 | 115.50 |
| | | 04/22/20 | Prisock, Ryan M. | Draft complaint and attendant exhibits | B60.02 | 1.60 | 464.00 |
| | | 04/23/20 | Bay, William R. | Telephone call to [redacted] | B10.03 | 0.70 | 269.50 |
| | | 04/30/20 | Bay, William R. | Work on complaint | B70.02 | 0.30 | 115.50 |
| | | **Total** | | | | **3.40** | **1,157.00** |
| 3428874 | 06/17/20 | 05/04/20 | Bay, William R. | Review and revise complaint, prepare exhibits and [redacted] | B30.02 | 0.50 | 192.50 |
| | | 05/05/20 | Prisock, Ryan M. | Revise Complaint [redacted] | B60.02 | 0.40 | 116.00 |
| | | 05/12/20 | Campbell, Holly H. | Prepare and file appearance | B60.02 | 0.20 | 58.00 |
| | | 05/12/20 | Prisock, Ryan M. | Revise Complaint and draft [redacted] | B60.02 | 0.80 | 232.00 |
| | | 05/12/20 | Bay, William R. | Finalize pleadings and file suit, email to client | B20.02 | 0.40 | 154.00 |
| | | 05/14/20 | Sachtleben, Patricia L. | Work on service of summons and complaint on defendants | B70.01 | 0.20 | 33.00 |
| | | 05/14/20 | Sachtleben, Patricia L. | Draft summons to defendants | B70.01 | 0.30 | 49.50 |
| | | 05/15/20 | Prisock, Ryan M. | Work re service of process | B60.02 | 0.10 | 29.00 |
| | | 05/18/20 | Sachtleben, Patricia L. | Review order setting status conference for July 6, 2020 | B70.01 | 0.10 | 16.50 |
| | | 05/27/20 | Sachtleben, Patricia L. | Work on service of summons and complaint | B70.01 | 0.10 | 16.50 |
| | | **Total** | | | | **3.10** | **897.00** |
| **Billed Total** | | | | | | **6.50** | **2,054.00** |
| WIP | TBD | 06/08/20 | Sachtleben, Patricia L. | Prepare return of service affidavit and summons for filing | B70.01 | 0.10 | 16.50 |
| | | 06/09/20 | Bay, William R. | Review summons filing and next steps | B50.01 | 0.10 | 38.50 |
| | | 06/24/20 | Bay, William R. | Review court order re hearing | B70.03 | 0.10 | 38.50 |
| | | **Total** | | | | **0.30** | **93.50** |
| **Grand Total** | | | | | | **6.80** | **2,147.50** |

**Cost Billed Report for Client 50753.182402: TCF Inventory Finance, Inc. - Gulf Management LLC**
**for periods 196601 to 202008 including WIP**

| Invoice # | Invoice Date | Trans Date | Description | TaskCode | Amount |
|---|---|---|---|---|---|
| WIP | TBD | 06/02/20 | For filing fee | E100 | 400.00 |
| | | 06/22/20 | For professional services rendered re service of summonses on defendants; VENDOR: McDowell & Associates, LTD INVOICE#: 20-1380 DATE: 6/15/2020 | E100 | 189.40 |
| | | **Total** | | | **589.40** |
| **Grand Total** | | | | | **589.40** |