**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TCF INVENTORY FINANCE, INC.**<br>**a Minnesota corporation**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GULF MANAGEMENT, LLC**<br>**a New York limited liability company,**<br><br>**and**<br><br>**LOWELL THOMAS WARNER**<br>**an Individual,**<br><br>**Defendants.** | ) | **No. 1-20-cv-2862** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 14, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear telephonically before the Honorable Judge Gary S. Feinerman in Room 2141, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion for Default Judgment** and **Plaintiff's Motion for Attorneys' Fees.**

Dated: July 6, 2020

Respectfully submitted,

By: /s/ *William R. Bay*

William R. Bay (#6181670)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (Fax)
wbay@thompsoncoburn.com

Holly H. Campbell (#6320395)
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500

(312) 580-2201 (Fax)
hcampbell@thompsoncoburn.com

***Attorneys for Plaintiff TCF Inventory Finance, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Court's electronic filing system this 6th day of July, 2020, and copies of the same will be sent via first class U.S. mail, postage prepaid, on the 7th day of July, 2020, to the following:

Gulf Management, LLC
c/o Lowell Warner, Member and Manager
7289 US Highway 11
Potsdam, NY 13676

Lowell Thomas Werner
245 Vice Road
Brasher Falls, NY 13613

/s/ William R. Bay