**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TCF INVENTORY FINANCE, INC.**<br>**a Minnesota corporation**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GULF MANAGEMENT, LLC**<br>**a New York limited liability company,**<br><br>**and**<br><br>**LOWELL THOMAS WARNER**<br>**an Individual,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 1-20-cv-2862** |

**PLAINTIFF'S CASE STATUS REPORT**

Plaintiff TCF Inventory Finance, Inc. ("TCFIF") submits this status report pursuant to the Court's Order on July 1, 2020 (ECF Dkt. No. 12):

## I. Nature of the Case

A. Attorneys of Record

For Plaintiff TCF Inventory Finance, Inc.:

William R. Bay (Lead Trial Attorney)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
wbay@thompsoncoburn.com

Holly H. Campbell
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
hcampbell@thompsoncoburn.com

For Defendants

Defendants have not appeared in this case. Accordingly, no counsel has entered an appearance for any Defendants. TCFIF has not been contacted by the Defendants in this case.

Defendants' addresses for notice under the Security Documents[1] at issue in this case are:

Gulf Management, LLC
c/o Lowell Warner, Member and Manager
7289 US Highway 11
Potsdam, NY 13676

Lowell Thomas Warner
245 Vice Road
Brasher Falls, NY 13613

B. Basis for Federal Jurisdiction: Diversity

This Court has federal diversity jurisdiction over this matter under 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between the parties and the matter in controversy exceeds $75,000 exclusive of interest and costs.

Plaintiff TCFIF is a corporation incorporated under the laws of the State of Minnesota with its principal place of business in the State of Illinois. Accordingly, TCFIF is a citizen of the States of Minnesota and Illinois.

Defendant Gulf Management, LLC is a New York limited liability company with its principal place of business located at 7289 US Highway 11, Potsdam, New York 13676. The sole member of Gulf Management, LLC is Defendant Lowell Thomas Warner who is domiciled in and is a citizen of New York. Accordingly, Defendant Gulf Management, LLC, as a limited liability company, is also a citizen of the State of New York.

The amount in controversy is $180,758.39, plus interest after June 30, 2020.

C. Nature of the claims asserted in the complaint and any counterclaims

Count I – Breach of the Contract (Security Agreement) by Gulf Management, LLC.

Count II – Breach of Contract (Guaranty) by Borrower by Lowell Thomas Warner.

TCFIF brings this two-count breach of contract complaint against Defendant Gulf Management, LLC ("Borrower") for breach of an Inventory Security Agreement and against Defendant Lowell Thomas Warner for breach of his Guaranty of Borrower.

[1] "Security Documents" as used herein refers to the Inventory Security Agreement (the "Security Agreement") and the Guaranty.

TCFIF seeks a judgment against Defendants, jointly and severally, in the aggregate amount of $180,758.39, plus interest as of June 30, 2020, and attorneys' fees and court and collection costs incurred by TCFIF.

## II. Pending Motions and Case Plan

### A. Status of Service of Process

All Defendants have been served. Defendants were both served on June 8, 2020. No Defendants have filed an Answer at this time. *See* ECF Dkt. Nos. 9, 10 for returns of service.

### B. Pending Motions

On July 6, 2020, TCFIF filed a Motion for Entry of Order of Default and for Default Judgment (ECF Dkt. No. 13) and a Motion for Attorneys' Fees (ECF Dkt. No. 14) against both Defendants. These motions are noticed for presentment at the telephonic status hearing the Court set for July 14, 2020 at 9:30 a.m.

### C. Discovery

TCFIF will proceed with discovery under the MIDP, if Defendants appear in this case and a default judgment is not entered against them.

### D. Jury Trial

TCFIF has not requested a jury trial. In the event a defendant requests a jury trial, TCFIF believes the trial would take three days.

### E. Service of pleadings and papers by electronic means

TCFIF agrees to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

## III. Status of Settlement Discussions

TCFIF has not been contacted by the Defendants who have not yet filed an appearance in this case. Accordingly, TCFIF has not yet received a settlement offer and does not request a settlement conference at this time.

Dated: July 7, 2020

Respectfully submitted,

By: /s/ *William R. Bay*

William R. Bay
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

(314) 552-6000
wbay@thompsoncoburn.com

Holly H. Campbell
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603
(312) 346-7500
hcampbell@thompsoncoburn.com

***Attorneys for Plaintiff TCF Inventory Finance, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Court's electronic filing system this 7th day of July, 2020, and copies of the same will be sent via first class U.S. mail, postage prepaid, on the 7th day of July, 2020, to the following:

Gulf Management, LLC
c/o Lowell Warner, Member and Manager
7289 US Highway 11
Potsdam, NY 13676

Lowell Thomas Warner
245 Vice Road
Brasher Falls, NY 13613

/s/ William R. Bay