**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TCF INVENTORY FINANCE, INC.**<br>**a Minnesota corporation**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GULF MANAGEMENT, LLC**<br>**a New York limited liability company,**<br><br>**and**<br><br>**LOWELL THOMAS WARNER**<br>**an Individual,**<br><br>**Defendants.** | ) | **No. 1-20-cv-2862** |

**CERTIFICATE OF SERVICE OF COURT ORDER**

The undersigned hereby certifies that on this the 7th day of July, 2020, the Court's Order entered on July 7th, 2020 in this matter (ECF Dkt No. 16), pursuant to the same, was mailed by FedEx Standard Overnight® to the following:

Gulf Management, LLC
c/o Lowell Warner, Member and Manager
7289 US Highway 11
Potsdam, NY 13676

Lowell Thomas Warner
245 Vice Road
Brasher Falls, NY 13613

A copy of the Order and shipping label are attached to this Certificate of Service.

Dated: July 7, 2020

Respectfully submitted,

By: /s/ *William R. Bay*

William R. Bay (#6181670)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (Fax)
wbay@thompsoncoburn.com

Holly H. Campbell (#6320395)
Thompson Coburn LLP
55 East Monroe Street
37th Floor

Chicago, IL 60603
(312) 346-7500
(312) 580-2201 (Fax)
hcampbell@thompsoncoburn.com

***Attorneys for Plaintiff TCF Inventory Finance, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Court's electronic filing system this 7th day of July, 2020, and copies of the same will be sent via FedEx Standard Overnight®, postage prepaid, on the 7th day of July, 2020, to the following:

Gulf Management, LLC
c/o Lowell Warner, Member and Manager
7289 US Highway 11
Potsdam, NY 13676

Lowell Thomas Warner
245 Vice Road
Brasher Falls, NY 13613

/s/ William R. Bay

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

TCF Inventory Finance, Inc.
Plaintiff,
v. Case No.: 1:20−cv−02862
Honorable Gary Feinerman
Gulf Management, LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2020:

MINUTE entry before the Honorable Gary Feinerman:Defendants may appear at the 7/14/2020, 9:30 a.m. (Central Time) telephonic motion hearing [15] and status hearing [12] by calling Toll−Free Number: (877) 336−1828, Access Code: 4082461. If Defendants fail to appear, the court will rule on Plaintiff's motion for default judgment [13] and Plaintiff's motion for attorney fees [14] on the papers. Plaintiff shall serve Defendants with a copy of this order via overnight delivery (e.g., Express US Mail, UPS, FedEx). Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

ORIGIN ID:CPSA (314) 552-6393
RYAN M. PRISOCK
THOMPSON COBURN LLP
505 N 7TH

ST. LOUIS, MO 63101
UNITED STATES US

SHIP DATE: 07JUL20
ACTWGT: 0.50 LB
CAD: 250153685/WSXI3400

BILL SENDER

TO **LOWELL THOMAS WARNER**
**245 VICE ROAD**

**BRASHER FALLS NY 13613**
(312) 346-7500 REF: 50753/182402/5529
INV:
PO: DEPT:

56BJ2/17B7/FE4A

FedEx Express

J201120042401uv

REL# 3785346

**WED - 08 JUL 4:30P**
**PRIORITY OVERNIGHT**

TRK# 0201 **3945 9564 8257**

**XH ARTA**

**13613**
NY-US **SYR**

FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

Case: 1:20-cv-02862 Document #: 18 Filed: 07/07/20 Page 5 of 5 PageID #:102

ORIGIN ID:CPSA (314) 552-6393
RYAN M. PRISOCK
THOMPSON COBURN LLP
505 N 7TH

ST. LOUIS, MO 63101
UNITED STATES US

SHIP DATE: 07JUL20
ACTWGT: 0.50 LB
CAD: 250153685/WSXI3400

BILL SENDER

TO **GULF MANAGEMENT LLC**
**C/O LOWELL WARNER, MEMBER & MANAGER**
**7289 US HIGHWAY 11**

**POTSDAM NY 13676**
(312) 346-7500 REF: 50753/182402/5529
INV:
PO: DEPT:

56BJ2/17B7/FE4A

FedEx Express
J201120042401uv

REL# 3785346

**WED - 08 JUL 4:30P**
**PRIORITY OVERNIGHT**

TRK# 0201 **3945 9552 6591**

**XH ARTA**

**13676**
NY-US **SYR**

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).