**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

TCF Inventory Finance, Inc.
Plaintiff,
v.
Case No.: 1:20−cv−02862
Honorable Gary Feinerman
Gulf Management, LLC, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2020:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. For the reasons stated on the record, Plaintiff's motion for entry of order of default and default judgment [13] and Plaintiff's motion for Attorneys' fees [14] are granted. Enter judgment order. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.