# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

TCF Inventory Finance, Inc. ,

Plaintiff(s),

v.

Gulf Management, LLC et al,

Defendant(s).

Case No. 20 C 2862
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Plaintiff TCF Inventory Finance, Inc., and against Defendants Gulf Management, LLC, and Lowell Thomas Warner, jointly and severally, in the amount of $184,220.29.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 7/14/2020

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk